|  |  |
|---|---|
| Center for Biological Diversity; Grand Canyon Trust; Sierra Club,<br><br>    Plaintiffs,<br><br>vs.<br><br>Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; United States Bureau of Land Management,<br><br>    Defendants,<br><br>and<br><br>Quaterra Alaska, Inc.; Northwest Mining Association; Uranium One U.S.A., Inc.,<br><br>    Intervenor Defendants. | No. CV08-8117-PCT-NVW<br><br>**ORDER** |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Before the Court is Plaintiffs' Motion for Voluntary Conditional Dismissal Pursuant to Rule 41(a)(2) (doc. # 94), by which Plaintiffs seek to dismiss Claims 1 and 2 without prejudice and to dismiss Claims 3 and 4 "solely on the condition that either Federal Defendant U.S. Bureau of Land Management (BLM) or the Defendant-Intervenors ("Mining Intervenors") are ordered to provide Plaintiffs with 60 days written notice before activities begin, resume, or continue on any of the uranium claims in Plaintiffs' Supplemental Complaint." (Doc. # 94 at 2.) The Court is advised that all parties agree to the dismissal of

1 Claims 1 and 2 without prejudice but that they cannot agree to the conditions requested by
2 Plaintiff for dismissal of Claims 3 and 4.  (Doc. # 95 at 2.)

3 There being no dispute as to dismissal of Claims 1 and 2, they will be dismissed.
4 Plaintiffs cannot get an unconsented mandatory injunction for giving notice or anything else
5 without proving it up after proper proceedings.  As to Claims 3 and 4, they cannot get a
6 mandatory injunction as a "condition" of dismissing their own complaint.  Such conditions
7 under Fed. R. Civ. P. 41(a)(2) are meant to protect defendants upon a voluntary dismissal,
8 not to give unproven substantive relief to a dismissing plaintiff.  The Motion to Dismiss will
9 be denied as to Claims 3 and 4, as it is obviously mislaid.  The Court remains receptive to an
10 agreed disposition of Claims 3 and 4.

11 Also before the Court is the Joint Motion to Extend Deadline for Filing Jurisdictional
12 Motions to Dismiss (doc. # 96) because of the pendency of the Motion to Dismiss.  The
13 Motion to Dismiss is disposed of herewith.

14 IT IS THEREFORE ORDERED that  Plaintiffs' Motion for Voluntary Conditional
15 Dismissal Pursuant to Rule 41(a)(2) (doc. # 94) is granted as to Claims 1 and 2 and denied
16 as to Claims 3 and 4.  Claims 1 and 2 of Plaintiffs' Supplemental Complaint are dismissed
17 without prejudice.

18 IT IS FURTHER ORDERED that the Joint Motion to Extend Deadline for Filing
19 Jurisdictional Motions to Dismiss (doc. # 96) is denied, except that the briefing schedule is
20 extended as follows:

21 –October 30, 2009: Government and/or Intervenors' motions and appropriate briefs
22 concerning subject matter jurisdiction and failure to state a claim as to Claims 3 and
23 4 is due.

24 –November 30, 2009: Plaintiffs' response briefs are due.

25 –December 18, 2009: Government and/or Intervenors' reply briefs are due.

26 Dated: October 8, 2009.

27 _____
Neil V. Wake
United States District Judge
28