IGNACIA S. MORENO
Assistant Attorney General
STACY R. STOLLER
Attorney-Advisor
United States Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 4390
Ben Franklin Station
Washington, D.C. 20044-4390

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; GRAND CANYON TRUST; and SIERRA CLUB,<br><br>Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, Sec'y of the Interior; U.S. DEPARTMENT OF THE INTERIOR; and U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendants,<br><br>and<br><br>QUATERRA ALASKA; NORTHWEST MINING ASSOCIATION; and URANIUM ONE U.S.A.,<br><br>Defendant-Intervenors. | Case No. 08-8117-PHX-NVW<br><br>JOINT MOTION FOR DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(2), and the terms of the settlement agreement filed herewith as Exhibit A ("Settlement Agreement") and incorporated by reference in the dismissal order, plaintiffs and the federal defendants, by and through their attorneys, hereby jointly move this Court for an order dismissing claims three and four of plaintiffs' supplemental complaint, without prejudice, contingent on the Court's retaining jurisdiction to enforce the Settlement Agreement.

*Joint Motion for Dismissal* -1-

The Court previously granted Plaintiffs' Motion for Voluntary Dismissal of Claims One and Two without prejudice on October 8, 2009.  The attached Settlement Agreement resolves claims three and four in this action, the only remaining claims.

Accordingly, plaintiffs and federal defendants hereby move for entry of an order under Federal Rule of Civil Procedure 41 dismissing claims three and four without prejudice and retaining jurisdiction for purposes of enforcement of the Settlement Agreement.

Counsel for defendant-intervenors have informed the moving parties that defendant-intervenors reserve the right to file any objections to the Settlement Agreement within the time specified by Local Rule 7.2(c).

Dated: December 17, 2009        */s/ Neil Levine*
Neil Levine
Marc Fink
Roger Flynn
Attorneys for Plaintiffs

Ignacia S. Moreno
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ *Stacy Stoller*
Stacy R. Stoller
Attorney-Advisor
Law and Policy Section

Attorneys for Federal Defendants

*Joint Motion for Dismissal*              -2-

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:

Marc D. Fink
Center for Biological Diversity
4515 Robinson Street
Duluth, MN 55804

Neil Levine
Grand Canyon Trust
2539 Eliot Street
Denver, CO 80211

Roger Flynn
Western Mining Action Project
P.O. Box 349
440 Main Street, #2
Lyons, Co 80540

Steven James Lechner
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227

William Perry Pendley
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO   80227

Constance E. Brooks
CE Brooks & Associates PC
303 E 17TH Avenue
Suite 650
Denver, CO   80203

Michael B. Marinovich
CE Brooks & Associates PC
303 E 17th Avenue
Suite 650
Denver, CO   80203

William George Klain
Lang & Baker PLC
8767 E Via De Commercio
Suite 102
Scottsdale, AZ 85258

Lisa Anne Smith
DeConcini McDonald Yetwin & Lacy PC
2525 E Broadway Blvd.
Suite 200
Tucson, AZ   85716-5300

Michael R. Drysdale
Dorsey & Whitney, LLP
50 S 6th St., STE 1500
Minneapolis, MN 55402-1498

*/s/ Stacy R. Stoller*
STACY R. STOLLER

*Joint Motion for Dismissal* -3-