IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity; Grand Canyon Trust; and Sierra Club,<br><br>        Plaintiffs,<br><br>vs.<br><br>Ken Salazar, Secretary of the Interior; United States Department of the Interior; United States Bureau of Land Management,<br><br>        Defendants,<br><br>and<br><br>Quaterra Alaska, Inc.; Northwest Mining Association; and Uranium One U.S.A., Inc.,<br><br>        Defendant-Intervenors. | No. CV-08-8117-PCT-NVW<br><br>**ORDER** |

The Court having considered the Joint Motion for Dismissal [doc. 110] and the attached Stipulated Settlement Agreement between plaintiffs and federal defendants, and pursuant to Rule 41 of the Federal Rules of Civil Procedure,

IT IS ORDERED that Claims 3 & 4 of Plaintiff's Supplemental Complaint are hereby dismissed, without prejudice.

DATED this 22nd day of February, 2010.

_____
Neil V. Wake
United States District Judge